IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD O'HERN, individually and on behalf of himself and all others similarly situated, | ) ) ) |
| | ) Case No. 16-cv-10353 |
| Plaintiff, | ) ) |
| v. | ) **ON REMOVAL FROM THE CIRCUIT** ) **COURT OF COOK COUNTY, ILLINOIS** ) |
| CVS PHARMACY, INC., a Rhode Island corporation, | ) Cook County Case No. 16-CH-11519 ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, CVS Pharmacy, Inc. ("CVS") hereby gives notice of removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division (the "Notice of Removal"). In support of thereof, CVS respectfully states as follows:

**I.     THE STATE COURT ACTION.**

1.     On August 31, 2016, Richard O'Hern ("Plaintiff") initiated this civil action against CVS by filing a Complaint in the Circuit Court of Cook County, Illinois, Chancery Division captioned *Richard O'Hern v. CVS Pharmacy, Inc.*, case no. 16-CH-11519 (the "State Court Action"). A copy of the Complaint is attached hereto as Exhibit 1.

2.     The Summons and Complaint in the State Court Action were served on CVS on October 11, 2016. A copy of Plaintiff's Summons is attached hereto Exhibit 2. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1).

3. Plaintiff also served a copy of his Motion for Class Certification on October 13, 2016. A copy of the Motion for Class Certification is attached hereto as Exhibit 3.

4. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibits 1, 2 and 3 is a true and correct copy of "all process, pleadings, and orders" served upon Defendants in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. Defendants will also serve Plaintiff with a copy of this Notice of Removal.

6. Pursuant to 28 U.S.C. § 93(a)(1), venue for this case is proper in the Northern District of Illinois, Eastern Division.

## II. REMOVAL PURSUANT TO 28 U.S.C. § 1331

7. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because it involves a federal question. *See* 28 U.S.C. § 1331 (providing that district courts shall have original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States").

9. Here, this Court has original jurisdiction over this civil action because the only Counts in the Complaint allege causes of action under the Telephone Consumer Protection Act ("TCPA").

10. The Seventh Circuit Court of Appeals has held that the TCPA does not provide exclusive jurisdiction to the state courts, and therefore TCPA actions filed in state court can be removed to federal court under § 1441, regardless of the parties' citizenship or residence. *See, e.g.*, *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005); *see also Mims v. Arrow Fin. Servs.*, LLC, 132 S. Ct. 740 (2012).

11. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this civil action to this Court.

12. Pursuant to 28 U.S.C. § 1441 and 1446, removal of the State Court Action to this Court is appropriate.

**WHEREFORE**, CVS Pharmacy, Inc. hereby removes this civil action to this Court.

DATED: November 4, 2016

Respectfully submitted,

*/s/ David S. Almeida*

David S. Almeida, Esq.
dalmeida@sheppardmullin.com
Mark S. Eisen
meisen@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for CVS Pharmacy, Inc.*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing instrument were sent by first-class U.S. mail, postage prepaid, on November 4, 2016, addressed to the following parties:

Eve-Lynn Rapp
erapp@edelson.com
Ben Thomassen
bthomassen@edelson.com
Elizabeth Winkowski
ewinkowski@edelson.com
Edelson PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: (312) 561-4106
Fax: (312) 589-6378

/s/ *David S. Almeida*