IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD O'HERN, Individually and on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:16-cv-10353 ) ) Hon. Judge Robert M. Dow, Jr. |
| v. | ) ) Hon. Magistrate Judge M. David Weisman |
| CVS PHARMACY, INC., a Rhode Island corporation, | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

CVS Pharmacy, Inc. ("CVS"), by and through undersigned counsel, and for its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint respectfully states as follows:

1. On August 31, 2016, Plaintiff Richard O'Hern ("Plaintiff") commenced this litigation by filing a complaint against CVS in the Circuit Court of Cook County, Chancery Division. (DE 1-1.)

2. CVS was served with Plaintiff's Complaint on October 11, 2016. (DE 1-2.)

3. CVS timely removed this case on November 4, 2016, and its answer to the Complaint is currently due on November 11, 2016. *See* Fed. R. Civ. P. 81(c)(2)(C).

4. Counsel for CVS is reviewing the Complaint and conducting a thorough internal investigation into the allegations, and needs additional time to complete its investigation and prepare its responsive pleading. Further, the parties have begun a productive discussion concerning the case and additional time will enable counsel for both parties to determine whether

the case is amenable to an early resolution.

5. On November 7, 2016, undersigned counsel contacted Ms. Elizabeth Winkowski, counsel for Plaintiff and the putative class, and requested an extension of time to respond to the Complaint.

6. Ms. Winkowski stated that she had no objection to Defendant's request for additional time to respond up to and including December 12, 2016.

7. This is CVS's first request for an extension of time to respond to the Complaint, and is not being made for purposes of delay or any other improper reason.

WHEREFORE, CVS respectfully request this Honorable Court to enter an Order extending the deadline by which it must respond to Plaintiff's Complaint to and including December 12, 2016 and to grant all such other relief it deems equitable and just.

DATED: November 7, 2016

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ David S. Almeida
     One of Its Attorneys

David S. Almeida, Esq.
dalmeida@sheppardmullin.com
Mark S. Eisen, Esq.
meisen@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone: (312) 499-6300
Facsimile: (312) 499-6301

*Counsel for CVS Pharmacy, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT was served upon all interested parties using this Court's ECF filing system this 7th day of November, 2016.

                                                      /s/ David S. Almeida