# IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD O'HERN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>*v.*<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>    *Defendant*. | Case No. 16-cv-10353<br><br>Hon. Robert M. Dow Jr. |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Richard O'Hern, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his individual claims and the claims of the putative Classes without prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, all claims in this matter maybe dismissed without an Order of the Court.

Respectfully submitted,

Dated: December 14, 2016

**RICHARD O'HERN**, individually and on behalf of all others similarly situated,

By: s/ Elizabeth A. Winkowski
    One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Elizabeth A. Winkowski
ewinkowski@edelson.com

EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative Classes*

## **CERTIFICATE OF SERVICE**

      I, Elizabeth A. Winkowski, an attorney, hereby certify that on December 14, 2016, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal*** by causing true and accurate copies of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                                  s/ Elizabeth A. Winkowski