# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD O'HERN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>*Defendant*. | Case No. 16-cv-10353<br><br>Hon. Robert M. Dow Jr. |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Richard O'Hern, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his individual claims and the claims of the putative Classes with prejudice.

Respectfully submitted,

Dated: January 18, 2017

**RICHARD O'HERN**, individually and on behalf of all others similarly situated,

By: s/ Elizabeth A. Winkowski
    One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Elizabeth A. Winkowski
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

       I, Elizabeth A. Winkowski, an attorney, hereby certify that on January 18, 2017, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal with Prejudice*** by causing true and accurate copies of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                      s/ Elizabeth A. Winkowski